# United States Court of Appeals

**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

_____

**No. 23-7066**

**September Term, 2023**

**1:23-cv-01186-UNA**

**Filed On:** September 5, 2023

Lena Marie Lindberg, In re: United States of America,

      Appellant

   v.

Stone Park Entertainment, doing business as Score's Gentlemans Club, et al.,

      Appellees

### ON APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

**BEFORE:**    Henderson, Walker, and Garcia, Circuit Judges

### J U D G M E N T

This appeal was considered on the record from the United States District Court for the District of Columbia and on the brief filed by appellant.  See Fed. R. App. P. 34(a)(2); D.C. Cir. Rule 34(j).  Upon consideration of the foregoing, the motions for other relief, the motion to consolidate cases, the petition for writ of quo warranto and motion to intervene, and the petition for writ of error coram nobis, it is

**ORDERED** that the motions and petitions be denied.  It is

**FURTHER ORDERED AND ADJUDGED** that the district court's May 12, 2023 order be affirmed.  The district court did not abuse its discretion in dismissing the complaint without prejudice for failure to comply with the pleading standards of Federal Rule of Civil Procedure 8(a), which requires "a short and plain statement of the claim showing that the pleader is entitled to relief."  See Fed. R. Civ. P. 8(a); Ciralsky v. CIA, 355 F.3d 661, 669–71 (D.C. Cir. 2004).

# United States Court of Appeals

_____

**No. 23-7066**                                **September Term, 2023**

Pursuant to D.C. Circuit Rule 36, this disposition will not be published.  The Clerk is directed to withhold issuance of the mandate herein until seven days after resolution of any timely petition for rehearing or petition for rehearing en banc.  <u>See</u> Fed. R. App. P. 41(b); D.C. Cir. Rule 41.

<u>**Per Curiam**</u>

                                      **FOR THE COURT:**
Mark J. Langer, Clerk

BY:    /s/
          Daniel J. Reidy
          Deputy Clerk